PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br>PAY-LESS WHOLESALE,<br><br>                    Defendant. | CASE NO.  2:10-CR-00258-TLN<br><br>ORDER DISMISSING INDICTMENT AS TO DEFENDANT PAY-LESS WHOLESALE |

It is hereby ordered that plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment as to defendant Pay-Less Wholesale only is GRANTED.

          IT IS SO ORDERED.

DATED: December 5, 2022

_____
Troy L. Nunley
United States District Judge

ORDER

1